1980738-03

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **JOHN CASAS AND CLAUDIA CASAS** | § | |
|     Plaintiffs, | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 7:22-CV-268** |
| | § | |
| **TRAVELERS PERSONAL INSURANCE** | § | |
| **AND DOMINIQUE HERDT** | § | |
|     Defendants. | § | |

### DEFENDANT TRAVELERS PERSONAL INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant TRAVELERS PERSONAL INSURANCE COMPANY ("Travelers" or "Defendant"), files its Notice of Removal of this action from the 464th Judicial District Court, Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division, the Court for the District and Division encompassing the place where the lawsuit is currently pending. In support of this removal, Defendant relies upon the Appendix Filed in Support of Defendant's Notice of Removal filed contemporaneously herewith and shows the following:

## I.
## INTRODUCTION

1. On July 6, 2022, Plaintiffs, John Casas and Claudia Casas ("Plaintiffs") filed their original petition in the 464th Judicial District Court, Hidalgo County, Texas captioned *John Casas and Claudia Casas v. Travelers Personal Insurance Company and Dominique Herdt*, Cause Number C-2549-22-L (the "State Court Action").

2. Citation for the State Court Action was served on Defendant on July 15, 2022.

1980738-03

## II.
## BASIS FOR REMOVAL

3.      This Court has original jurisdiction over this State Court Action, pursuant to 28 U.S.C. §1332(a), because it is a civil action between citizens of different states where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.      The Plaintiff seeks monetary damages of over $250,000. *See* Exhibit "B" at page 1, paragraph 2. Accordingly, the amount in controversy in this matter meets and exceeds the federal jurisdictional minimum of $75,000, exclusive of interest and costs

5.      Plaintiffs are residents and citizens of Hidalgo County, Texas. *See* Exhibit "B" at page 2, paragraph 3.

6.      Defendant Travelers Personal Insurance Company at the time of the filing of this action, at the time of this removal, at all relevant times since and is currently, a Connecticut corporation with its principal place of business in Connecticut.

7.      Plaintiffs named Dominique Herdt ("Herdt") as a Defendant in their Original Petition. Herdt is a resident and citizen of Arizona. See Exhibit "B" at page 2, paragraph 4.

8.      Because the amount in controversy exceeds $75,000 and Plaintiffs are citizens of Texas while no named defendant is a citizen of Texas, this Court has original jurisdiction over the present action pursuant to 28 USC §1332. Therefore, removal is proper.

9.      This action may be removed to this Court pursuant to 28 USC §1441(a), which allows for the removal of any civil action brought in the state court of which the District Courts of the United States have original jurisdiction, by the defendant or the defendants, to the District Court of the United States for the district and division embracing the place where such action is pending.

1980738-03

10. This Notice of Removal is filed within thirty (30) days after service on Defendant of the State Court Action. This Notice of Removal is also filed within one year of the filing of Plaintiff's Original Petition by which the State Court Action was commenced. This Notice, therefore, is timely filed pursuant to 28 USC §1446 (b).

11. Herdt consents to this removal as shown in the Consent to Removal attached as Exhibit "C".

### III.
### PROCEDURAL REQUIREMENTS

11. In accordance with 28 USC section 1446 (D), Defendant will promptly give written notice of this Notice of Removal to Plaintiffs through counsel of record and file a copy of its Notice of Removal in the 464th Judicial District Court, Hidalgo County, Texas.

12. Defendant reserves the right to amend or supplement this Notice of Removal.

13. In accordance with 28 U.S.C. §1446(a) and the Local Rules the following are attached hereto:

Exhibit A:    State Court Docket Sheet

Exhibit B:    Plaintiffs' Original Petition

Exhibit B-1:  Citation to Defendant Travelers

Exhibit B-2:  Citation to Dominique Herdt

Exhibit B-3:  Defendant's Original Answer

Exhibit B-4:  Defendant's Jury Demand

Exhibit C:    Consent to Removal of Dominique Herdt

Exhibit D:    State Court Notice of Filing Removal

1980738-03

For the above reasons, Defendant gives notice of the removal of the State Court Action to this Court and respectfully requests that this action proceed before this Court as though it had originally been instituted in this Court

Dated: August 9, 2022.

        Respectfully submitted,

        **BROCK ♦ GUERRA**
        **STRANDMO DIMALINE JONES, P.C.**
        17339 Redland Road
        San Antonio, Texas 78247-2304
        (210) 979-0100 Telephone
        (210) 979-7810 Facsimile

By: _[signature]_
        ROBERT F. SCHEIHING
        State Bar No. 17736350
        bscheihing@brock.law

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure this 9th day of August, 2022:

| | |
|---|---|
| John Saenz | Email: johnsaenz@johnsaenzlaw.com |
| Gustavo A. Grajales | Email: gustavograjales@johnsaenzlaw.com |
| John Saenz & Associates, P.C. | |
| 805 Dallas Ave. | |
| McAllen, Texas 78501 | |

_[signature]_
ROBERT F. SCHEIHING